

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00260-CR

**EX PARTE** Jorge Favian Dominguez **ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 10364CR
Honorable Roland Andrade, Judge Presiding[1]

## ORDER

Sitting:    Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Jorge Favian Dominguez Ortiz filed an "Emergency Motion for Temporary Stay of Proceedings" seeking a stay of the trial court proceedings in Cause No. 10364CR, in the Kinney County Court, pending this court's decision on this appeal. The trial in Cause No. 10364CR is scheduled to commence on May 9, 2022.

We GRANT the motion for temporary stay and ORDER all trial court proceedings in Cause No. 10364CR, in the Kinney County Court, including the trial scheduled for May 9, 2022, STAYED pending this court's decision on this appeal.

It is so **ORDERED** on May 5, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] The Honorable Tully Shahan is the County Judge of the Kinney County Court. It appears the Honorable Roland Andrade, the presiding judge of the 63rd Judicial District Court, sitting by assignment, signed the order denying appellant's application for pretrial writ of habeas corpus.